

# GRAY REED

GRAY REED & McGRAW, P.C.

WILLIAM N. DRABBLE
WDRABBLE@GRAYREED.COM

January 27, 2014

**VIA EMAIL (keith@kswb.com)**
Keith Fernandez
KANTROW, SPAHT, WEAVER & BLITZER
(A Professional Law Corporation)
445 North Boulevard, Suite 300
Baton Rouge, Louisiana 70821-2997

    Re:    *Southern Filter Media, L.L.C. v. Timothy P. Halter*, Civil Action No. 3:13-CV-00116-JJB-RLB, in the United States District Court for the Middle District of Louisiana.

Dear Keith:

    I have received your letter dated today, and Victor Suane has informed me of your request, communicated to him today, to extend the deadline for SFM's expert to submit his report. We oppose your requested extension, because you have declined to specify its length. While we are amenable to a reasonable and definite extension of the deadline for submitting expert reports, we cannot agree to an indefinite one. Such an extension would disrupt the other deadlines contained in the Court's Scheduling Order, including Defendant's deadline for designating his experts and submitting their reports.

    With regard to your letter, we are reviewing and evaluating the purported deficiencies in Defendant's discovery responses. In any event, we will provide you with a privilege log per Federal Rule of Civil Procedure 26(b)(5) presently. However, we will not be able to meet your deadline of February 3, 2014.

    Finally, we have repeatedly requested dates on which Matthew Bryant and you are available for his deposition. You have declined to provide dates. We therefore intended to send notices this week for the depositions of Matthew Bryant, M. David Bryant, Jr., and Marc Stubbs. Please contact us if we can schedule those depositions by agreement.



1906672.1

Keith Fernandez
January 27, 2014
Page 2

Sincerely,

*[signature: Bill Dull]*

William N. Drabble

WND/cl
cc:  Victor Suane (*Via Email*)
     Scott Aston (*Interoffice*)

1906672.1